UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Miguel Angel Segovia,
a/k/a Miguel Angel Segovia Reyna,

Petitioner,

v.

ORDER
Civil No. 01-1888(MJD/SRN)

Marty C. Anderson, Warden,

Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 22, 2001.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated October 22, 2001.

IT IS HEREBY ORDERED that:

1. Petitioner's Application for Leave to File In Forma Pauperis [Docket No. 2] is DENIED;

2. Petitioner's Application for Habeas Corpus Relief under 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED.

Date: Dec. 14 2001

Michael J. Davis
United States District Court

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 14 2001
DEPUTY CLERK