# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Miguel Angel Segovia
a/k/a Miguel Angel Segovia Reyna

Case No. Civil 01-1888 MJD/SRN

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Marty C. Anderson, Warden

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for leave to file In Forma Pauperis is denied. Petitioner's application for habeas corpus is dismissed.

DATE: December 14, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk